NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000123
22-JUN-2018
08:11 AM

NO. CAAP-16-0000123

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ONEWEST BANK, F.S.B., Plaintiff-Appellant,
v.
DIANA G. BROWN; D. MICHAEL DUNNE, SUCCESSOR TRUSTEE
OF THE REVOCABLE LIVING TRUST OF HAROLD G. STRAND AND
MARGARET M. STRAND; JERRY IVY; OMNI FINANCIAL, INC.;
CITIBANK (SOUTH DAKOTA), N.A.; THE ASSOCIATION OF THE
OWNERS OF THE KUMULANI AT THE UPLANDS AT MAUNA KEA,
an unincorporated association, Defendants-Appellees,
and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 11-1-410K)

ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANT-APPELLEE THE ASSOCIATION
OF OWNERS OF THE KUMULANI AT THE UPLANDS AT
MAUNA KEA'S MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon consideration of Defendant-Appellee The
Association of Owners of the Kumulani at the Uplands at Mauna
Kea's Motion for Reconsideration (**Motion**) of the Summary
Disposition Order filed herein on May 30, 2018, and the records
and files in this case, it is hereby ordered that the Motion is
granted in part and denied in part. The Motion is granted with

respect to this court's striking of paragraph 7 on page 4 of the Circuit Court's September 22, 2015 Order Denying the Rule 60(b) Motion; the Motion is denied in all other respects.  An Amended Summary Disposition Order, consistent with this order, will be filed forthwith.

DATED:  Honolulu, Hawai'i, June 22, 2018.

On the motion:

Cid H. Inouye,
Kristi L. Arakaki,
(O'Connor Playdon & Guben LLP),
for Defendant-Appellee
THE ASSOCIATION OF OWNERS OF
 THE KUMULANI AT THE UPLANDS
 AT MAUNA KEA.

Chief Judge

Associate Judge

Associate Judge

2